IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CANTRELL HILL, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:09-CV-06 (CDL) |
| STATE OF GEORGIA, MUSCOGEE COUNTY, GEORGIA, LEW S. BARROW, and DOUGLAS C. PULLEN, | * |
| Defendants. | * |

ORDER ON RECOMMENDATION OF DISMISSAL
BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on January 27, 2009 is hereby approved, adopted, and made the Order of the Court.

The Plaintiff filed what he entitled "Motion for Reconsideration" which the Court interprets as an objection to the Recommendation of Dismissal. Plaintiff's objection has been considered and is found to be without merit.

IT IS SO ORDERED, this 9th day of March, 2009.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE